[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  13-11316
_____

D.C. Docket No. 6:12-cr-00005-BAE-GRS-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CECIL DEWITT NELSON,
a.k.a. Red,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(December 2, 2013)

Before WILSON, HILL and ANDERSON, Circuit Judges.

PER CURIAM:

David M. Burns, Jr., appointed counsel for Cecil Dewitt Nelson, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the conviction and sentence are **AFFIRMED**.